UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

FILED
OCT 03 2013

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CIV 11-4143 |
| Plaintiff, | * | |
| vs. | * | ORDER AND JUDGMENT OF DISMISSAL |
| JOHN MORRELL & CO., | * | |
| Defendant. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Pending before the Court is a Joint Stipulation to Terminate Consent Decree, Doc. 7. After consideration of the Joint Stipulation, together with the file in this matter, including the Consent Decree entered November 22, 2011, it is hereby,

ORDERED AND ADJUDGED That the Joint Stipulation to Terminate Consent Decree, Doc. 7, is approved, and the Consent Decree entered on November 22, 2011, is hereby terminated.

Dated this 3rd day of October, 2013.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: Colleen Schulte
DEPUTY